[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-15076
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 14, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00175-CV-OC-10-GRJ

FIREMAN'S FUND INSURANCE COMPANY,

Plaintiff-Appellee,

versus

KOIN KLEEN LAUNDROMAT, INC.,
RUTH FONGEMIE, NELSON FONGEMIE,

Defendants-Appellants,

ARTHUR LEFEBVRE,

Defendant,

JOYCE HADLEY, as personal representative
of the Estate of Willard Wendell Hill, III,

Intervenor-Defendant-
Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

**(February 14, 2006)**

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor of the appellee, Fireman's Fund Insurance Company, is affirmed for the reasons set forth in the ORDER of the district court dated August 10, 2005.

**AFFIRMED.**